UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE VINCENT TIMOTHY THOMAS, II,

    Plaintiff,

v.                                     Case No. 5:23-cv-17-TKW-MJF

LYLE MCGRATH, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court upon referral from the clerk of the court. On May 9, 2023, the undersigned ordered Plaintiff to file a second amended complaint (or a notice of voluntary dismissal) by June 8, 2023. *See* Doc. 12. The undersigned warned Plaintiff that failure to comply with the order likely would result in dismissal of this case. *Id*. at 16.

Plaintiff did not respond to the order. Accordingly, on June 21, 2023, the undersigned ordered Plaintiff to show cause, by July 5, 2023, why this case should not be dismissed. Doc. 15. A copy of the show cause order was mailed to Plaintiff at his address of record, but was returned on July 3, 2023, as undeliverable. Doc. 16.

To date, Plaintiff has not complied with the order dated May 9, 2023, and has not notified the court of his current address. No correspondence from Plaintiff has been received since April 6, 2023. *See* Doc. 10.[1]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[2]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 6th day of July, 2023.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate**

---

[1] The last partial filing fee payment received from the Bay County Jail was on June 5, 2023. Doc. 14.

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**