UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE VINCENT TIMOTHY
THOMAS, II,

      **Plaintiff,**

v.                                                              Case No.  5:23-cv-17-TKW-MJF

**LYLE MCGRATH, et al.,**

      **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is

**ORDERED** that:

---

[1] The fact that no objections were filed is not surprising because the copy of the Report and Recommendation mailed to Plaintiff's address of record was returned as undeliverable by the Post Office. *See* Doc. 19.  Plaintiff's failure to keep the Court apprised of his current address is an additional reason to dismiss this case.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 31st day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**